391 A.2d 689

Commonwealth v. Lanehart, Appellant.

Submitted March 13, 1978. Robert E. Graham, Jr., and Sharpe & Sharpe, for appellant; Gary Deane Wilt, District Attorney, for Commonwealth, appellee.

Order affirmed.

391 A.2d 689

Commonwealth v. Leake, Appellant.

Submitted December 6, 1977. Barry M. Miller, for appellant; Ross Weiss, First Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.